Form 668-W(ICS)
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

## Notice of Levy on Wages, Salary, and Other Income

DATE: 10/21/2008

REPLY TO: Internal Revenue Service
MELINDA GONZALES
22600 HALL RD - STE 102
CLINTON TOWNSHIP, MI 48036-1172

TO: L R S LLC
24691 SHERWOOD
CENTER LINE, MI 48015-1045

TELEPHONE NUMBER
OF IRS OFFICE: (586)493-4551

NAME AND ADDRESS OF TAXPAYER:
THERESA BUCK
28004 UNIVERSAL DR
WARREN, MI 48092-2428

IDENTIFYING NUMBER(S):
BUCK

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| CIVPEN | 12/31/2004 | 200022.27 | 8137.01 | 208159.28 |
| | | | Total Amount Due ⇒ | 208159.28 |

We figured the interest and late payment penalty to **11-20-2008**

**THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.**

The Internal Revenue Code provides that there is a lien for the amount shown above. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy this money to the extent it isn't exempt, as shown in the instructions. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

**If you don't owe money to this taxpayer,** please call us at the telephone number at the top of this form. Instead of calling us you may complete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.

**If you do owe money to this taxpayer,** please see the back of this page for instructions on how to act on this notice.

| Signature of Service Representative /S/ MELINDA GONZALES | Title REVENUE OFFICER |
|---|---|

Part 6 –   IRS File Copy         Catalog No. 35390F     www.irs.gov            Form 668-W(ICS) (7-2002)



Exhibit A